UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CYNTHIA MONTERROSO,
                        Plaintiff,

          -against-

CITY OF NEW YORK, et al.
                        Defendants.
------------------------------------------------------------ X

22 Civ. 7142 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference was held in this case on November 16, 2022. It is hereby

    **ORDERED** that, by **December 9, 2022**, Plaintiff shall file an Amended Complaint setting forth, at a minimum, the facts about Plaintiff's disability, how that disability affects Plaintiff's ability to perform activities of daily life, and the specific features of Plaintiff's house and acts or omissions by Defendants that Plaintiff contends are relevant to her claim that she has been subject to discrimination on the basis of disability, including explaining how those features or acts relate to her disability. It is further

    **ORDERED** that, by **December 16, 2022**, Defendants shall file a letter stating whether they intend to file a motion to dismiss Plaintiff's Amended Complaint. If Defendants intend to move forward with a motion to dismiss, Defendants shall confer with Plaintiff and propose a briefing schedule in the letter, and Defendants' letter shall only outline anticipated arguments if they are different from those raised in Defendants' prior pre-motion letter. It is further

    **ORDERED** that all discovery is stayed pending the filing of Plaintiff's Amended Complaint and the resolution of Defendants' anticipated motion to dismiss. It is further

**ORDERED** that, on **December 16, 2022**, and on the 16th day of each month thereafter until directed otherwise, Defendants shall file a status letter providing an update on the progress of the Article 78 proceeding and any efforts by the parties to resolve any of their disputes

Dated: November 17, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**