UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                       :

CYNTHIA MONTERROSO,             :

               Plaintiff,    :

                       :        22 Civ. 7142 (LGS)

         -against-        :

                       :          ORDER

CITY OF NEW YORK, et al.,       :

              Defendants. :

                       :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 17, 2022, required the parties to file a status letter

on March 16, 2023;

       WHEREAS, the parties failed to submit the letter.  It is hereby

       **ORDERED** that, by **March 21, 2023**, the parties shall file the status letter.

Dated: March 17, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**