UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA MONTERROSO,
                             Plaintiff,

                -against-                     22 Civ. 7142 (LGS)

                                          ORDER
CITY OF NEW YORK et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated November 17, 2022, required the parties to file a status letter on the 16th day of each month on the progress of the Article 78 proceeding and any efforts by the parties to resolve any of their disputes;

      WHEREAS, the parties failed to submit the letter on April 16, 2023.  It is hereby

      **ORDERED** that, by **April 21, 2023**, the parties shall file the status letter.  The parties shall continue to file a status letter on the 16th of each month until directed otherwise.

Dated: April 19, 2023
        New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE