Case 1:22-cv-07142-LGS   Document 44   Filed 09/19/23   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYNTHIA MONTERROSO,                                         :
                              Plaintiff,                    :
                                                            :    22 Civ. 7142 (LGS)
              -against-                                     :
                                                            :         ORDER
CITY OF NEW YORK, et al.,                                   :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 17, 2022, required the parties to file a status letter by September 16, 2023;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **September 21, 2023**, the parties shall file the status letter.

Dated: September 19, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**