UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CYNTHIA MONTERROSO,
                      Plaintiff,

               -against-

CITY OF NEW YORK, et al.,
                      Defendants.
-------------------------------------------------------------X

22 Civ. 7142 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 17, 2022, required Defendants to file a status letter providing an update on the progress of the Article 78 proceeding on the 16th day of each month;

WHEREAS, Defendants have not submitted a status letter since October 17, 2023.  It is hereby

**ORDERED** that, by **January 5, 2024**, and on the 16th day of every month thereafter, Defendants shall file a status letter.  In the January 5 letter, Defendants shall also confirm that Dkt. 30-12 is the most recent complaint in Plaintiff's state action and report the status of any settlement discussions and the resolution of open matters requested by Plaintiff.

Dated: January 3, 2024
       New York, New York

                                     LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE