```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
 CYNTHIA MONTERROSO,                          :
                              Plaintiff,      :
                                              :          22 Civ. 7142 (LGS)
                  -against-                   :
                                              :                ORDER
 CITY OF NEW YORK, et al.,                    :
                              Defendants.     :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 3, 2024, required Defendants to file a status letter providing an update on the progress of the Article 78 proceeding by January 5, 2024, and on the 16th day of every month thereafter;

WHEREAS, on January 4, 2024, Defendants' counsel emailed the chambers inbox to request an extension until January 10, 2024.  A copy of that email is appended to this order.  It is hereby

**ORDERED** that Defendants' request is GRANTED.  By **January 10, 2024**, Defendants shall submit their status letter, including a confirmation that Dkt. 30-12 is the most recent complaint in Plaintiff's state action and a report on the status of any settlement discussions and the resolution of open matters requested by Plaintiff.

Dated: January 4, 2024
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Brustein, Andrea (Law) |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | Monterroso v City of NY eat Al, 22-cv-7142 |
| **Date:** | Thursday, January 4, 2024 11:20:17 AM |

**CAUTION - EXTERNAL:**

Good morning,

I'm writing because I received Judge Schofield's order yesterday requiring a status update letter on the above referenced case by tomorrow. However, I am out sick (I was sick yesterday as well) and am requesting additional time (until Wednesday, January 10) to submit the letter. I am the only attorney assigned to this case and therefore can't have anyone else write it for me.

Please advise if I may have the extension. I apologize for the inconvenience but I am really not feeling well.

Thank you for your consideration.

Respectfully,
Andrea Brustein

Get Outlook for iOS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.