UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA MONTERROSO,
                            Plaintiff,

            -against-

CITY OF NEW YORK, et al.,
                           Defendants.
------------------------------------------------------------X

22 Civ. 7142 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated November 17, 2022, required Defendants to file a status letter providing an update on the progress of the Article 78 proceeding on the 16th day of each month;

    WHEREAS, Defendants have not submitted a status letter since January 9, 2024. It is hereby

    **ORDERED** that, by **February 22, 2024**, **and on the 16th day of every month thereafter,** Defendants shall file a status letter.

Dated: February 20, 2024
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE